# United States District Court for the Northern District of Illinois

Case Number: **08C1777**   Assigned/Issued By: _aeu_

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

No. Service copies _2 additional complaints_   Date: _3-28-08_
*(For use by Fiscal Department Only)*

Amount Paid: ___X___   Receipt #: ___X___

Date Payment Rec'd: ___X___   Fiscal Clerk: ___X___

## ISSUANCES

☒ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets   (name of victim, who it's against and $ amount)

☐ Writ _____ (Type of Writ)

Original and ___ copies on ___ as to ___
(Date)

C:\wpwin80\docket\feeinfo.frm   04/10/06