

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
     CLERK

May 23, 2008

104 Melvin Price Federal Bldg and
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

RE: Knox et al v. Rhodes et al
Case No: 08-CV-1777

Dear Clerk:

Pursuant to the order entered by Honorable Blanche Manning., on May 6, 2008, the above record

- ◼ was electronically transmitted to Southern District of Illinois at East St. Louis

- ◼ The following paper documents are being transferred to the court by certified mail. Document numbers: 5, 6. (Service copies)

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

          Sincerely yours,

          Michael W. Dobbins, Clerk

          By:     /s/ Carmen Acevedo
                   Deputy Clerk

Enclosures

New Case No. _____     Date _____

cc:     Non-ECF Attorneys and Pro se Parties